

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00453-CR

**IN RE** Denise **MCVEA**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            H. Todd McCray, Justice
            Velia J. Meza, Justice

Delivered and Filed: June 24, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Denise McVea, filed her petition for writ of mandamus and accompanying record on June 9, 2026. McVea filed an amended petition for writ of mandamus on June 23, 2026. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy at law, such as an appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Having considered the amended petition, petition, and the record, this court concludes that McVea has not shown that she is entitled to the relief sought. TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. CC730400, styled *State of Texas v. Denise McVea*, pending in the County Court at Law No. 4, Bexar County, Texas, the Honorable Alfredo Ximenez presiding.